UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Emily Ruth Talley,<br><br>Plaintiff,<br><br>v.<br><br>Walker Art Center,<br><br>Defendant. | Civil No. 01-CV-1050 RHK/JMM<br><br>**ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE** |

Based upon the attached stipulation of the parties dated August 24, 2001:

IT IS HEREBY ORDERED that the Complaint of the above-captioned matter is hereby dismissed without prejudice.

Dated: 8/30/01



FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Emily Ruth Talley,<br><br>Plaintiff,<br><br>v.<br><br>Walker Art Center,<br><br>Defendant. | Civil No. 01-CV-1050 RHK/JMM<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE** |

It is hereby stipulated and agreed by all parties that the above-captioned matter shall be dismissed without prejudice.

Dated: August 24, 2001

SCHERMER & GUY PLLP

Carolyn Guy, #254186
950 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 843-5400

Attorney for Plaintiff
Emily Ruth Talley

Dated: August 24, 2001

FAEGRE & BENSON LLP

Jacqueline R. Rolfs, #222057
Karla C. Robertson, #306794
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Walker Art Center

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500